# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.R., C.V., C.V., <br><br>Plaintiffs, <br><br>v. <br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, <br><br>Defendants. | Case No.: 2:18-cv-0466 MCE DB <br><br><br><br>**ORDER GRANTING PERMISSION TO REPLACE DOCUMENTS NOS. 1 AND 2 WITH REDACTED VERSIONS** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant, ESA MANAGEMENT, LLC, may replace Documents No. 1 (Notice of Removal of Action Under 28 U.S.C. §1441 (a) ) and No. 2 (Notice to Adverse Parties and the Superior Court) with redacted versions.

IT IS SO ORDERED.

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE