CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON,<br><br>Defendants. | Case No.: 2:18-cv-0466 MCE DB<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRE-TRIAL SCHEDULING ORDER; AND ORDER** |

WHEREAS plaintiff filed his second amended complaint on December 29, 2017, in State Court.

WHEREAS on or about March 2, 2017, the cased was removed to Federal Court.

WHEREAS ON April 6, 2018, defendant filed its Answer.

WHEREAS on March 2, 2018, this court issued its Initial Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…."

WHEREAS the parties have agreed and stipulated by and through their respective undersigned counsel that, due to the press of other business including a trial for which plainitiffs' attorney is lead counsel, and due to the fact that Mr. Painter's secretary is out on extended medical leave it will be extremely difficult to meet the original Rule 26(a) disclosure

deadline, so the parties have stipulated that the Rule 26(a) disclosure shall now be due on June 4, 2018.

Additionally, the Rule 26(f) report shall now be due on May 29, 2018.

DATED: May _9, 2018

ERICKSEN ARBUTHNOT

By /s/ Rebecca L. Menendez
_____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: May _9, 2018

LAW OFFICES OF HARRY E. HUDSON, JR.

By /s/ Harry E. Hudson, Jr.
_____
HARRY E. HUDSON, JR.
Attorneys for Plaintiffs, SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor.

IT IS SO ORDERED:

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE