CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON,<br><br>Defendants. | Case No.: 2:18-cv-0466 MCE DB<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRE-TRIAL SCHEDULING ORDER; AND ORDER** |

WHEREAS plaintiff filed his second amended complaint on December 29, 2017, in State Court.

WHEREAS on or about March 2, 2017, the cased was removed to Federal Court.

WHEREAS ON April 6, 2018, defendant filed its Answer.

WHEREAS on March 2, 2018, this court issued its Initial Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…."

WHEREAS the parties agreed and stipulated by and through their respective undersigned counsel to extend the date of the Rule 26(a) disclosure and the Rule 26(f) disclosure to June 25, 2018;

WHEREAS the parties have met and conferred in an effort to settle this matter and have agreed and stipulated by and through their respective undersigned counsel that the parties will mediate the case and therefore delay the Rule 26(a) disclosure and the Rule 26(f) disclosure in an effort to conserve resources;

WHEREAS the parties have agreed and stipulated by and through their respective undersigned counsel that due to the upcoming mediation, which will be scheduled shortly, both the Rule 26(a) disclosure and the Rule 26(f) report will both be due on September 25, 2018.

DATED: June 25, 2018

ERICKSEN ARBUTHNOT

By */s/ Rebecca L. Menendez*
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: June 25, 2018

LAW OFFICES OF HARRY E. HUDSON, JR.

By */s/ Harry E. Hudson, Jr.*
HARRY E. HUDSON, JR.
Attorneys for Plaintiffs, SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor.

IT IS SO ORDERED.

Dated: July 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE