CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON,<br><br>Defendants. | Case No.: 2:18-cv-0466 MCE DB<br><br>**JOINT STIPULATION TO MODIFY INITIAL PRE-TRIAL SCHEDULING ORDER; AND ORDER** |

WHEREAS plaintiff filed his second amended complaint on December 29, 2017, in State Court.

WHEREAS on or about March 2, 2017, the cased was removed to Federal Court.

WHEREAS ON April 6, 2018, defendant filed its Answer.

WHEREAS on March 2, 2018, this court issued its Initial Pre-Trial Scheduling Order which indicated, among other things, "… that this order shall not be modified except by leave of court upon a showing of good cause…."

WHEREAS the parties agreed and stipulated by and through their respective undersigned counsel to extend the date of the Rule 26(a) disclosure and the Rule 26(f) disclosure to June 25, 2018;

1  WHEREAS the parties have met and conferred in an effort to settle this matter and have agreed and stipulated by and through their respective undersigned counsel that the parties will mediate the case and therefore delay the Rule 26(a) disclosure and the Rule 26(f) disclosure in an effort to conserve resources;

WHEREAS the parties had agreed and stipulated by and through their respective undersigned counsel that due to the upcoming mediation, which was to be scheduled shortly, both the Rule 26(a) disclosure and the Rule 26(f) report would both be due on September 25, 2018.

Whereas the parties have agreed and stipulated to mediate the case, but the mutually selected mediator has no availability until October 2018, the parties agree and stipulate that the Rule 26(a) disclosure and the Rule 26(f) report will both be due on November 30, 2018.

DATED: September 14, 2018

ERICKSEN ARBUTHNOT

By  */S/ Charles S. Painter*

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: September 14, 2018

LAW OFFICES OF HARRY E. HUDSON, JR.

By  */S/ Harry Hudson* (as authorized on 9/14/18)

HARRY E. HUDSON, JR.
Attorneys for Plaintiffs, SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.AV., a minor, and C.V., a minor.

IT IS SO ORDERED:

Dated: September 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE