CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

HARRY E. HUDSON, JR. (SBN 114512)
343 East Main Street, Suite 314
Stockton, CA 95202
(209) 463-9715 Telephone
(209) 235-0217 Facsimile

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT**

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, <br><br> Defendants. | Case No.: 2:18-cv-00466 MCE DB <br><br> **STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITION DOCUMENTS** <br><br> Action Filed: September 27, 2016 <br> Trial: None |

---

STATUS REPORT & ORDER
17-087/PLEADING.014      - 1 -
RLM:ess

On or about December 3, 2018, the Parties notified the Court that this matter has settled. The Court Ordered that the case be dismissed on or before March 4, 2019. Additional time is requested for compliance. Plaintiffs' counsel has recently suffered a personal loss, and due to that, Defense counsel has been preparing the Minors' Compromise documents, which requires input from Plaintiffs' counsel. Plaintiffs' counsel has been understandably unavailable but is working with us towards our mutual goal of bringing this case to its conclusion. The Parties request that the time for Dismissal be extended to May 1, 2019.

DATED: February 25, 2019

ERICKSEN ARBUTHNOT

By: */S/ Charles S. Painter*

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: February 20, 2019

LAW OFFICES OF HARRY E. HUDSON, JR.

By: */S/ Harry E. Hudson, Jr.*
as authorized on 2/14/19

HARRY E. HUDSON, JR.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: February 25, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STATUS REPORT & ORDER
17-087/PLEADING.014      - 2 -
RLM:ess