CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

HARRY E. HUDSON, JR. (SBN 114512)
343 East Main Street, Suite 314
Stockton, CA 95202
(209) 463-9715 Telephone
(209) 235-0217 Facsimile

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, <br><br> Defendants. | Case No.: 2:18-cv-00466 MCE DB <br><br> **STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITION DOCUMENTS** <br><br> Action Filed: September 27, 2016 <br> Trial: None |

On or about December 3, 2018, the parties notified the Court that this matter had settled. The Court Ordered that the case be dismissed on or before March 4, 2019. On February 20, 2019, the parties requested that the Court grant additional time for compliance through May 1, 2019. On February 26, 2019, the Court granted the parties request and extended the time through May 1, 2019. [See Dkt. No. 25].

As previously set forth, Plaintiffs' counsel suffered a personal loss, and due to that, defense counsel has been handling the preparation of the Minors' Compromise documents, which requires input from Plaintiffs' counsel. Plaintiffs' counsel has still been unavailable. However, both parties are hoping to bring this case to its conclusion very soon.

The Parties respectfully request that the Court grant more time to complete the necessary documents and the Dismissal be extended to September 1, 2019.

DATED: April 9, 2019

ERICKSEN ARBUTHNOT

By: */S/ Charles S. Painter*
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: April 9, 2019

LAW OFFICES OF HARRY E. HUDSON, JR.

By: */S/ Harry E. Hudson, Jr.*
as authorized on 4/09/19

HARRY E. HUDSON, JR.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: April 11, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STATUS REPORT & ORDER
17-087/PLEADING.015         - 2 -
RLM:ess