| | |
|---|---|
| 1 | CHARLES S. PAINTER (SBN 89045) |
| | REBECCA L. MENENDEZ (SBN 262487) |
| 2 | **ERICKSEN ARBUTHNOT** |
| | 100 Howe Avenue, Suite 110 South |
| 3 | Sacramento, CA 95825-8201 |
| | (916) 483-5181 Telephone |
| 4 | (916) 483-7558 Facsimile |

Attorneys for Defendant, ESA MANAGEMENT, LLC

HARRY E. HUDSON, JR. (SBN 114512)
343 East Main Street, Suite 314
Stockton, CA 95202
(209) 463-9715 Telephone
(209) 235-0217 Facsimile

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, | Case No.: 2:18-cv-00466 MCE DB |
| Plaintiffs, | **STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, | Judge: Morrison C. England, Jr. Ctrm: 7, 14th Floor |
| Defendants. | |

WHEREAS on or about December 3, 2018, the parties notified the Court that this matter had settled. The Court Ordered that the case be dismissed on or before March 4, 2019. On February 20, 2019, the parties requested that the Court grant additional time for compliance through May 1, 2019 due to a personal loss suffered by plaintiff's counsel. Because of the personal loss, defense counsel offered to prepare the required documents for approval of the minors' claims. On February 26, 2019, the Court granted the parties request and extended the time through May 1, 2019. [See Dkt. No. 25].

WHEREAS the needed documents for approval of the minors' claims had not yet been received, the Parties respectfully request that the Court grant more time to complete the necessary documents and the Dismissal be extended to September 1, 2019.

WHEREAS, Plaintiffs' counsel has now provided defendant with the needed information, and thereafter, defense counsel was the cause of a delay due to a lack of and change in staff, the required paperwork now awaits Plaintiffs' signatures. Neither party has been or is prejudiced by the aforementioned or current delays. Therefore, the parties request one more additional extension to November 1, 2019 for the dismissal to be filed.

DATED: August 27, 2019

ERICKSEN ARBUTHNOT

By: _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: August 26, 2019

LAW OFFICES OF HARRY E. HUDSON, JR.

By: /S/ Harry E. Hudson, Jr.
As authorized on 8/26/19
HARRY E. HUDSON, JR.
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: September 10, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE