CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

HARRY E. HUDSON, JR. (SBN 114512)
343 East Main Street, Suite 314
Stockton, CA 95202
(209) 463-9715 Telephone
(209) 235-0217 Facsimile

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON,<br><br>Defendants. | Case No.: 2:18-cv-0466 MCE DB<br><br>**STATUS REPORT & [PROPOSED] ORDER EXTENDING TIME TO FILE DISPOSITION DOCUMENTS**<br><br>Judge: Morrison C. England, Jr.<br>Ctrm: 7, 14th Floor |

WHEREAS on or about December 3, 2018, the parties notified the Court that this matter had settled. The Court Ordered that the case be dismissed on or before March 4, 2019. On February 20, 2019, the parties requested that the Court grant additional time for compliance through May 1, 2019 due to a personal loss suffered by plaintiff's counsel. Because of the personal loss, defense counsel offered to prepare the required documents for approval of the minors' claims. On February 26, 2019, the Court granted the parties request and extended the time through May 1, 2019. [See Dkt. No. 25].

WHEREAS the needed documents for approval of the minors' claims had not yet been received, the Parties respectfully request that the Court grant more time to complete the necessary documents and the Dismissal be extended to September 1, 2019.

WHEREAS, Plaintiffs' counsel provided defendant with the needed information, and thereafter, defense counsel was the cause of a delay due to a lack of and change in staff.

WHEREAS, the parties requested one more additional extension to November 1, 2019 for the dismissal to be filed, and that request was granted.

WHEREAS, all paperwork has been submitted to San Joaquin County Superior Court, and a hearing has been set for November 18, 2019, despite the parties' request that no hearing be held, the parties' request one final extension to December 9, 2019.

DATED: October 29, 2019

ERICKSEN ARBUTHNOT

By: _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
ESA MANAGEMENT, LLC

DATED: October 29, 2019

LAW OFFICES OF HARRY E. HUDSON, JR.

By: /S/ Harry E. Hudson, Jr.
As authorized on 10/29/19
HARRY E. HUDSON, JR.
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated: November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE