CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, ESA MANAGEMENT, LLC

HARRY E. HUDSON, JR. (SBN 114512)
343 East Main Street, Suite 314
Stockton, CA 95202
(209) 463-9715 Telephone
(209) 235-0217 Facsimile

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON,<br><br>Defendants. | Case No.: 2:18-cv-00466 MCE DB<br><br>**STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITION DOCUMENTS**<br><br>Judge: Morrison C. England, Jr.<br>Ctrm: 7, 14th Floor |

WHEREAS on or about December 3, 2018, the parties notified the Court that this matter had settled. The Court Ordered that the case be dismissed on or before March 4, 2019. On February 20, 2019, the parties requested that the Court grant additional time for compliance through May 1, 2019 due to a personal loss suffered by plaintiff's counsel. Because of the personal loss, defense counsel offered to prepare the required documents for approval of the minors' claims. On February 26, 2019, the Court granted the parties request and extended the time through May 1, 2019. [See Dkt. No. 25].

WHEREAS the needed documents for approval of the minors' claims had not yet been received, the Parties respectfully requested that the Court grant more time to complete the necessary documents and that the Dismissal be extended to September 1, 2019.

WHEREAS, Plaintiffs' counsel provided defendant with the needed information, and thereafter, defense counsel was the cause of a delay due to a lack of and change in staff.

WHEREAS, the parties requested one more additional extension to November 1, 2019 for the dismissal to be filed, and that request was granted.

WHEREAS, all paperwork had been submitted to San Joaquin County Superior Court, and a hearing had been set for November 18, 2019, despite the parties' request that no hearing be held, the parties' requested what was expected to be one final extension to December 9, 2019.

WHEREAS, the San Joaquin County Superior Court, on its own motion, continued the minors' compromise hearing to December 9, 2019. The parties request what is expected to be one final extension for filing dispositional documents to January 15, 2020.

DATED: November 19, 2019

            ERICKSEN ARBUTHNOT

By: _____
    CHARLES S. PAINTER
    REBECCA L. MENENDEZ
    Attorneys for Defendants
    ESA MANAGEMENT, LLC

DATED: November 19, 2019

            LAW OFFICES OF HARRY E. HUDSON, JR.

By: /S/ Harry E. Hudson, Jr.
    As authorized on 11/19/19
    HARRY E. HUDSON, JR.
    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: November 25, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE