1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendant, ESA MANAGEMENT, LLC

6  Harry E. Hudson, Jr. (SBN 114512)
   343 East Main Street, Suite 314
7  Stockton, CA  95202
   (209) 463-9715 Telephone
8  (209) 235-0217 Facsimile

9  Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, | Case No.:   2:18-cv-0466 MCE DB |
| Plaintiffs, | **STATUS REPORT & ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, | Judge:  Morrison C. England, Jr. Ctrm:  7, 14th Floor |
| Defendants. | |

WHEREAS on or about December 3, 2018, the parties notified the Court that this matter had settled. The Court Ordered that the case be dismissed on or before March 4, 2019. On February 20, 2019, the parties requested that the Court grant additional time for compliance through May 1, 2019 due to a personal loss suffered by plaintiff's counsel.  Because of the personal loss, defense counsel offered to prepare the required documents for approval of the minors' claims.  On February 26, 2019, the Court granted the parties request and extended the time through May 1, 2019. [See Dkt. No. 25].

---

STATUS REPORT & ORDER
17-087/PLEADING.025            - 1 -
RLM:sj

1    WHEREAS the needed documents for approval of the minors' claims had not yet been received, the Parties respectfully request that the Court grant more time to complete the necessary documents and the Dismissal be extended to September 1, 2019.

WHEREAS, Plaintiffs' counsel provided defendant with the needed information, and thereafter, defense counsel was the cause of a delay due to a lack of and change in staff.

WHEREAS, the parties requested one more additional extension to November 1, 2019 for the dismissal to be filed, and that request was granted.

WHEREAS, all paperwork had been submitted to San Joaquin County Superior Court, and a hearing had been set for November 18, 2019, despite the parties' request that no hearing be held, the parties' requested what was expected to be one final extension to December 9, 2019.

WHEREAS, the San Joaquin County Superior Court, on its own motion, continued the minor's compromise hearing to December 9, 2019. The parties requested what was expected to be one final extension to January 15, 2020.

WHEREAS, the San Joaquin County Superior Court did not file the orders approving the compromise of the claims until December 18, 2019 and they were not received by counsel until December 26, 2019, much later than expected. All documents needed to be redacted, and thereafter, the minor's compromise documents were filed with this Court on January 14, 2020.

WHEREAS, we await approval by this Court of the minor's compromise pursuant to Local Rule 202(a)(1).

WHEREAS, thereafter upon approval of this Court the settlement drafts will be requested and forwarded to Plaintiff and a stipulation of dismissal executed, the parties request an extension of time to file dispositional documents to March 1, 2020.

DATED: January 14, 2020

              ERICKSEN ARBUTHNOT

          By: _____
              CHARLES S. PAINTER
              REBECCA L. MENENDEZ
              Attorneys for Defendants
              ESA MANAGEMENT, LLC

DATED: January 14, 2020

                                        LAW OFFICES OF HARRY E. HUDSON, JR.

                            By:   /S/ Harry E. Hudson, Jr.
                                 As authorized on 1/14/2020
                                 HARRY E. HUDSON, JR.
                                 Attorneys for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, their request for an extension of time is GRANTED. Dispositional documents shall be filed not later than May 1, 2020.

IT IS SO ORDERED.

**Dated:  January 21, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE