```
CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
```

Attorneys for Defendant, ESA MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, <br><br> Defendants. | Case No.:   2:18-cv-00466 MCE DB <br><br> **NOTICE OF STATE COURT APPROVAL OF MINORS' COMPROMISE;  ORDER FOR APPROVAL** |

NOTICE IS HEREBY GIVEN that on November 18, 2019, Amended Expedited Petitions to Approve Compromise of Pending Action were filed for the three minor children (namely "C.A.R., a minor, C.A.V., a minor, and C.V., a minor") attached hereto as Exhibit "A" are redacted versions.

On December 18, 2019, the San Joaquin County Superior Court issued Orders Approving Compromise of Pending Action for the three minor children (namely "C.A.R., a minor, C.A.V., a minor, and C.V., a minor") attached hereto as Exhibit "B" are redacted versions.

WHEREAS, on December 18, 2019, the San Joaquin County Superior Court issued Orders to Deposit Money Into Blocked Account for the three minor children (namely "C.A.R.,

```
NOTICE OF APPROVAL OF MINORS' COMPROMISE
17-087/PLEADING.026          - 1 -
RLM:sj
```

a minor, C.A.V., a minor, and C.V., a minor") attached hereto as Exhibit "C" are redacted versions.

DATED: January 14, 2020

ERICKSEN ARBUTHNOT

By _____
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorney for Defendant ESA
MANAGEMENT, LLC

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the Minors' Compromises are approved.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE