1
CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
2
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
3
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
4
(916) 483-7558 Facsimile

5
Attorneys for Defendant, ESA MANAGEMENT, LLC

6

7
### UNITED STATES DISTRICT COURT
8
### EASTERN DISTRICT
9

10

| | |
|---|---|
| SUZANNA REECE, RICHARD VALLES, JR., C.A.R., a minor, C.A.V., a minor, and C.V., a minor, | )  Case No.:  2:18-cv-00466-MCE-DB )  ) |
| Plaintiffs, | )  **JOINT STIPULATION AND ORDER FOR** )  **DISMISSAL WITH PREJUDICE** |
| v. | )  ) |
| EXTENDED STAY HOTELS, EXTENDED STAY AMERICA, EXTENDED STAY AMERICA-STOCKTON, | )  )  )  )  ) |
| Defendants. | ) |

    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED:  April 24, 2020

ERICKSEN ARBUTHNOT

By _____

CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendant, ESA
MANAGEMENT, LLC

DATED:  April 24, 2020

By  /s/Harry E. Hudson, Jr. as
    authorized on 4/24/2020
    _____
    HARRY E. HUDSON, JR.
    Attorneys for Plaintiffs

## **ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed, with prejudice, each party to bear its own attorney's fees and costs.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE